66711. SINGLETON v. GEORGIA-PACIFIC CORPORATION.

BANKE, Presiding Judge.

The decision of this court in *Singleton v. Ga.-Pacific Corp.*, 168 Ga. App. 553 (310 SE2d 1) (1983), having been reversed by the Supreme Court in *Singleton v. Ga.-Pacific Corp.*, 252 Ga. 557 (315 SE2d 876) (1984), the judgment of the Supreme Court is made the judgment of this court, and the judgment of the trial court is reversed.

*Judgment reversed. Deen, P. J., and Carley, J., concur.*

DECIDED JULY 12, 1984.

*Edward E. Boshears*, for appellant.
*Richard M. Scarlett*, for appellee.